UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Vallecito Gas, LLC | § | 07-35674 |
| | § | |
| Debtor (s) | § | Bankruptcy Case No. |
| | § | |

**APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a _X_ creditor __ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited:

| | | |
|---|---|---|
| 1. | **Name of Claimant(s)** | Dilks & Knopik, LLC as assignee to Welborn, Sullivan Meck & Tooley, P.C. |
| 2. | **Name and Title of Authorizing Officer or Representative** | Andrew T. Drake – Vice President |
| 3. | **Current Mailing Address** | 35308 SE Center St, Snoqualmie, WA 98065 |
| 4. | **Telephone Number** | 425-836-5728 |
| 5. | **SS#** *(last 4 digits only)* **or EIN #** | 74-3049851 |
| 6. | **Amount Being Claimed** | $5,554.54 |

I, Andrew T. Drake, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.


Date: April 13, 2023   Claimant Signature: _____


Subscribed and Sworn to Before Me this 13th day of April, 2023

_____
Notary Public

In and for the State of WASHINGTON

My commission expires February 19, 2026

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Vallecito Gas, LLC | § | 07-35674 |
| | § | |
| Debtor (s) | § | Bankruptcy Case No. |
| | § | |

## CLAIMANT HISTORY

The original disbursement was not presented for payment within 90 days after issuance because:

Dividends were not collected by the creditor, Wellborn, Sullivan, Meck & Tooley. The creditor's name as listed for these unclaimed funds contains a typo. The name of the creditor is Welborn, Sullivan Meck & Tooley, PC, as evidenced by the Mailing Matrix, attached here as Exhibit A.

The address listed for the Creditor also contains a typo, 821 18th Street, Suite 500, Denver, CO 8020-3018 is properly, 821 17th Street, Suite 500, Denver CO 80202-3018, as evidenced by Exhibit A and B.

Welborn Sullivan Meck & Tooley, P.C. has assigned its claim and the unclaimed funds to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement and the Transfer of Claim filed on 04/13/2023 (Docket # 558).

Claimant certifies under penalty of perjury that all statements made by Claimant in this application and any attachments required for this Application are, to the best of its knowledge, true and correct. Accordingly, Claimant request the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

April 13, 2023
DATE

Andrew T. Drake, Vice President
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065
(425) 836-5728
admin@dilksknopik.com

Subscribed and Sworn to Before Me this 13th day of April, 2023

Notary Public

In and for the State of WASHINGTON

My commission expires February 19, 2026

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Vallecito Gas, LLC | § | 07-35674 |
| | § | |
| Debtor (s) | § | Bankruptcy Case No. |
| | § | |

**CERTIFICATE OF SERVICE**

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date
designated below, a true and correct copy of the foregoing application with all required
attachments was mailed to:

US Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: <u>April 13, 2023</u>

Andrew T. Drake
Dilks & Knopik, LLC

## AFFIDAVIT OF
## PHOTO IDENTIFICATION AUTHENTICITY

I, Andrew T. Drake, Vice President of Dilks & Knopik, LLC hereby certify that the
below proof of identification is a true and accurate duplicate of the original.



Dated:   April 13, 2023

Andrew T. Drake, Vice President
35308 SE Center Street
Snoqualmie, WA  98065
(425) 836-5728

On April 13, 2023 before me, Andrew T. Drake, personally appeared, personally known
to me to be the person whose name is subscribed to the within instrument and
acknowledged to me that he executed the same in his authorized capacity, and that by his
signature on the instrument the person, or entity upon behalf of which the person acted,
executed the instrument.  WITNESS my hand and official seal.

MATTHEW ZETTLEY
NOTARY PUBLIC #197879
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

Matthew Zettley, Notary Public
My commission expires: February 19, 2026
Notary in and for the State of Washington

# U.S. Courts Unclaimed Funds Locator

Home    About

Court / TXNB

Edit Search

| Case Number | 07-35674 | Page Total | $5,554.54 |
| Last/Business Name | Vallecito Gas, LLC | First Name | |

Creditors | 1

| | Court | Creditor Name | Amount |
| --- | --- | --- | --- |
| ✉ | TXNB | Wellborn, Sullivan, Meck & Tooley | $5,554.54 |

Harvey L. Morton
P.O. Box 64261
Lubbock, Texas 79464
TEL: 806-762-0570
e-mail: harvey@hlmortonlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                      §
                                            §
VALLECITO GAS, LLC                          §    CASE NO.  07-35674
                                            §

### NOTICE BY TRUSTEE TO DEPOSIT UNCLAIMED FUNDS

Pursuant to FRBP 3010, transmitted herewith are funds for deposit in to the Court's registry as
unclaimed funds/property for the above-referenced proceeding.

| CREDITOR | AMOUNT OF DISTRIBUTION |
|---|---|
| SPRINT PCS<br>PO BOX 105812<br>ATLANTA GA 30348-5812 | 424.41 |
| WELLBORN, SULLIVAN, MECK & TOOLEY<br>821 18TH STREET<br>SUITE 500<br>DENVER, CO 8020-3018 | 5554.54 |
| DENNIS J. RAMBO<br>Rt. 4, Box 64-C<br>Dekalb, Texas 75559 | 51335.00 |
| DAVENPORT, HARTMAN & NOVOTNY<br>1105 Yale Street<br>Houston, Texas 77008 | 87.23 |
| TOTAL | 57401.18 |

Respectfully submitted,

/s/Harvey L. Morton, Trustee

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Texas

In re    Vallecito Gas, LLC                          ,          Case No. _    07-35674

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than
for security, of the claim referenced in this evidence and notice.

| Dilks & Knopik, LLC | Wellborn, Sullivan, Meck & Tooley |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent:

  35308 SE Center Street
  Snoqualmie WA 98065

Court Claim # (if known):          Unknown
Amount of Claim:
Date Claim Filed:

Phone:    425-836-5728
Last Four Digits of Acct #:

Phone:   303-830-2500
Last Four Digits of Acct #:

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By:    /s/ Brian J Dilks - President                  Date:    4/13/2023
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

Dilks | & | Knopik

On this 13th day of April, 2023. I certify
that the preceding or attached document titled
(Assignment Agreement), (2 pages) is a true, accurate
and complete redacted copy of the original being held at
35308 SE Center Street, Snoqualmie, WA 98065

Matthew Zettley - Notary Public
My commission expires: February 19, 2026

**Assignment Agreement**

This Assignment Agreement (the "Agreement") is entered into as of April 3, 2023 (the "Effective Date") by and between Dilks
& Knopik, LLC, with a principal place of business at 35308 SE Center Street, Snoqualmie, WA 98065, (the "Assignee") and
Welborn Sullivan Meck & Tooley, P.C. with an address of 1401 Lawrence Street, Suite 1800, Denver CO 80202 (the
"Assignor").

1.  Assignor is/was a creditor in the Vallecito Gas, LLC case (07-35674) as filed in the Northern District of Texas (the
    "Case"). As a creditor in the Case, Assignor was entitled to distribution of funds from the assets of the Bankruptcy
    Estate in the approximate amount of $5,554.54 (the "Funds"). Remittance to Assignor was not successful, and pursuant
    to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the
    Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2.  Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such
    collection, does hereby wish and does assign, and convey to the Assignee, for good and valuable consideration, all of
    Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree
as follows:

3.  **Assets Assigned:** The assets herein assigned to Assignee are those stated in paragraph 1 above, that collectively are the
    Funds held for the benefit of Assignor by the Clerk of the Court of the court identified in paragraph 1 in the Unclaimed
    Funds Registry.

4.  **Consideration:** The consideration herein given by Assignee to Assignor shall be the sum $ ██████ which sum shall
    be remitted to Assignor. A check will be issue to the Assignor for the above stated amount prior to the
    claim/application/motion is submitted to court. In the event Assignee recovers an amount over and above the Funds
    then Assignor shall be entitled to ██ % of the additional amount recovered.

5.  **Assignor Warranty.** Assignor represents and warrants to Assignee that no payment or other distribution has been
    received by or on behalf of Assignor in full or partial satisfaction of the assigned asset or assigned rights, that Assignor
    has not sold or assigned, and shall not sell or further assign the rights, in whole or in part, herein assigned to Assignee
    to any other third party; and that Assignor shall cooperate with Assignee by providing or executing any additional
    information or document(s), without delay, deemed necessary for the recovery of the assigned Funds by Assignee,
    failure to do so shall be a breach of this Agreement.

6.  **Power of Attorney:** To the extent necessary under applicable law, the Assignor does hereby appoint for the limited
    purpose of collection of the Funds and fulfillment of Assignor's obligation(s) under this Agreement, Dilks and Knopik,
    LLC as its attorney-in-fact.

7.  This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject
    matter above.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written
above.

Assignor: _Stacie Hedrick_          Assignee: _____

Welborn Sullivan Meck & Tooley, P.C.          Dilks & Knopik, LLC
Stacie Hedrick - Administrator          Andrew T. Drake – Vice President

# Dilks | & | Knopik

## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Welborn Sullivan Meck & Tooley, P.C. ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Vallecito Gas, LLC
Court: United States Bankruptcy Court - Northern District of Texas
Case Number: 07-35674
Chapter: 11

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Monday, April 03, 2023.

Welborn Sullivan Meck & Tooley, P.C.

Stacie Hedrick - Administrator



Photo ID



## STATEMENT OF AUTHORITY

The undersigned being first duly sworn and states that Stacie Hedrick is the Administrator of Welborn, Sullivan, Meck & Tooley, P.C.. Stacie Hedrick is authorized to execute and deliver all documents pertaining to the recovery of Unclaimed, Lost or Abandoned Property owing to Welborn, Sullivan, Meck & Tooley, P.C. or its subsidiaries. I further acknowledge that an Application for Unclaimed Funds will be or has been submitted by Dilks & Knopik, LLC to the above bankruptcy court to release unclaimed funds.

By: _Jordan Cohen_     Dated _4/6/23_

Print Name: _Jordan Cohen_ , Title _CFO_
      1401 Lawrence Street, Suite 1800
      Denver, CO 80202
      303-830-2500



Photo ID



**Jordan Cohen**

**Shareholder**

jcohen@wsmtlaw.com
Main: 303-830-2500
Direct: 720-305-5807
Licensed in: Colorado, Texas



**Overview**

Jordan is an experienced tax and business planning attorney. He has worked with corporations, partnerships, and LLCs on matters including entity formation and dissolution, strategic acquisitions and restructuring, and tax planning, as well as customer agreements, employment contracts, equity compensation programs, and other general business transactions. He has authoritative knowledge of tax law and helps clients mitigate tax liabilities in taxable, tax-deferred, and tax-free transactions, advising on U.S. federal, state, and local taxes and cross-border tax considerations.

Jordan also represents private equity firms in capital raises and structuring joint venture deals, specifically in the real estate industry. Jordan understands that each joint venture must be tailored to fit his client's needs and works to minimize risks and bring value to each transaction.

Sandia Development and Consulting Services,
39 Cedar Hill Place NE
Alburquerque, NM 87122-1906

Sprint PCS
PO Box 105812
Atlanta, GA 30348-5812

Texas Valley Suppliers, LLC
Castillo Snyder, PC
Bank of America Plaza, Suite 1020
300 Convent
San Antonio, TX 78205-1316

Texas Valley Suppliers, LLC
CO Jesse R. Castillo
Castillo Snyder PC
300 Convent Street, Suite 1020
San Antonio, TX 78205-3700

Texas Valley Suppliers, LLC
CO Manuel Jimenez Garcia
115 Spur Road, 23rd Street
Hidalgo, TX 78557

The Law Firm of Alexander D. Crecca, PC
320 Gold Avenue SW
Suite 119
Albuquerque, NM 87102-3202

Tiffany Gas Company, LLC
3501 South Yale Avenue
Tulsa, OK 74135-8014

Tiffany Gas Company, LLC
CO Mark Craige
Morrel Saffa Craige, PC
3501 South Yale Ave.
Tulsa, OK 74135-8014

Tom Kievit
CO Tom Powers
Harris, Finley & Bogle PC
777 Main Street, Suite 3600
Ft. Worth, TX 76102-5341

Tse Ndeeshglish Enterprises, Inc.
CO Tal Young P.C.
20 First Plaza NW, Suite 500
Albuquerque, NM 87102-5800

Vallecito Gas, LLC
14850 Montfort Dr.
Ste. 165
Dallas, TX 75254-6724

Vallecito Gas, LLC
COJames Matthew Vaughn
Porter & Hedges, L.L.P.
1000 Main, 36th Floor
Houston, Texas 77002-6341

Victor Gerardo Diaz Covarrubias Hanun
CO Jesse R. Castillo
300 Convent Street, Suite 1020
San Antonio, TX 78205-3700

Vision Energy Group, LLC
c/o James Matthew Vaughn
Porter & Hedges, L.L.P.
1000 Main, 36th Floor
Houston, TX 77002-6341

Vision Energy Group, LLC
CO James Matthew Vaughn
Porter & Hedges, L.L.P.
1000 Main Street, 36th Floor
Houston, Texas 77002-6341

Vision Energy Group, LLC
CO Joshua W. Wolfshohl
Porter & Hedges, L.L.P.
1000 Main, 36th Floor
Houston, Texas 77002-6341

Welborn, Sullivan, Meck & Tooley, PC
821 17th Street
Suite 500
Denver, CO 80202-3018

William D. Patterson, P.C.
704 Prince George Court
Southlake, TX 76092-9360

William D. Patterson, PC
704 Prince George Ct.
Southlake, TX 76092-9360

Winstead PC
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270-2102

Harvey Leon Morton
Law Office of Harvey L. Morton
1604 Avenue M
P.O. Box 10305
Lubbock, TX 79408-3305

Jason T. Rodriguez
Higier Allen & Lautin, P.C.
The Tower at Cityplace
2711 N. Haskell Ave., Suite 2400
Dallas, TX 75204-2926

John Wolz
820 Monoco Parkway
Bldg. 4-B  No. 305
Denver, CO 80224-3703

John A Cockerham
Coats Rose
3 E. Greenway Plaza, No. 2000
Houston, TX 77046-0307

Jorge Alberto Ramirez Cahuich
Castillo Snyder, PC
Bank of America Plaza, Suite 1020
300 Convent
San Antonio, TX 78205-1316

M Bruce Peele
1504 Westlake Dr.
Plano, TX 75075-8735

Mark A. Castillo
Carrington Coleman Sloman & Blumenthal,
901 Main Street
Ste 5500
Dallas, TX 75202-3767

Melanie Pearce Goolsby
Pronske Goolsby & Kathman, P.C.
2701 Dallas Parkway
Suite 590
Plano, TX 75093-1635

Michael W. Briggs
c/o Coats Rose
3 E. Greenway Plaza, No. 2000
Houston, TX 77046-0307

Ron S. Rainey
446 Heights Blvd.
Houston, TX 77007-2520

**Exhibit A**



**WELBORN SULLIVAN MECK & TOOLEY, P.C.**
ATTORNEYS AT LAW

821 17th Street, Suite 500
Denver, Colorado 80202
303-830-2500

**News Release**                                    **Contact:  Stacie Hedrick**

### Welborn Sullivan Meck & Tooley, P.C. Adds Two New Lawyers

DENVER (May 31, 2007)—Welborn Sullivan Meck & Tooley, P.C., a Denver-based law firm, has announced the addition of two new lawyers, Jeffrey J. Peterson and Jennifer L. McDowell.

Mr. Peterson advises businesses in a broad spectrum of areas, including corporate law, organizational and succession planning, mergers and acquisitions, financing, securities, tax and regulatory compliance.  Prior to joining the firm, Mr. Peterson was a partner at Berenbaum, Weinsheink & Eason.

Before joining Welborn Sullivan Meck & Tooley, P.C., Ms. McDowell spent four years litigating state and local tax disputes primarily for oil, gas, natural resources and chemical companies in Colorado, Wyoming, and Louisiana. Ms. McDowell's practice areas include appellate practice, business tax planning, oil and gas law, and business law.

"We are very pleased to welcome these distinguished attorneys to the firm," stated firm President John Meck. "Jennifer and Jeff will enhance client services and expand our capacity to serve our clients in business tax planning, mergers and acquisitions, and general corporate matters."

Established in 1993 and located in Denver's financial district, Welborn Sullivan Meck & Tooley specializes in comprehensive legal services related to business transactions, corporate law and finance, natural resources, and litigation.

#  #  #

**Exhibit B**

**2010**                    **Profit Corporation Annual Report**

| | |
|---|---|
| Due on or Before: | August 1, 2010 |
| ID: | 2007-000542542 |
| State of Formation: | Colorado |
| License Tax Paid: | $50.00 |
| AR Number: | 01191770 |

For Office Use Only
Wyoming Secretary of State
200 West 24th Street, Cheyenne, WY 82002-0200
307-777-7311
https://wyobiz.wy.gov/Business/AnnualReport.aspx

### Welborn Sullivan Meck & Tooley, P.C.

1: Mailing Address

123 West 1st Street Suite 100
Attn: Jennifer McDowell
Casper, WY 82601

*Current Registered Agent:*
Jennifer L McDowell
123 W 1st St Ste 100
Casper, WY 82601

2: Principal Office Address

821 17th St Ste 500
Attn: John Meck
Denver, CO 80202

Phone: (303) 830-2500
Email: JMcdowell@wsmtlaw.com

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the appropriate Statement of Change form available from the Secretary of State's website at http://soswy.state.wy.us

3: Officers and Directors

President / Director       John meck - 821 17th St. Suite 500, Denver, CO 80202

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Jennifer McDowell | Jennifer McDowell | July 30, 2010 |
|---|---|---|
| Signature of Treasurer or Fiscal Agent | Printed Name of Treasurer or Fiscal Agent | Date |

**The fee is $50 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet.
2. Sign and date this form and return it to the Secretary of State at the address provided above.

Address Proof
Of Record